20cr 27 SRN|DTS

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEMARLO DONTRELL HUDSON, ) <br> ) <br> Defendant. ) | **INDICTMENT** <br> 21 U.S.C. § 841(a)(1) <br> 21 U.S.C. § 841(b)(1)(B) |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Distribution of Fentanyl)

On or about May 21, 2019, in the State and District of Minnesota, the defendant,

**DEMARLO DONTRELL HUDSON,**

knowingly and intentionally distributed approximately 1000 imitation Oxycodone pills each containing a detectable amount of fentanyl (also known by its chemical name, N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

### COUNT 2
(Possession with Intent to Distribute Fentanyl)

On or about December 10, 2019, in the State and District of Minnesota, the defendant,

**DEMARLO DONTRELL HUDSON,**

knowingly and intentionally possessed with the intent to distribute approximately 479 imitation Oxycodone pills containing a detectable amount of fentanyl (also known by its

SCANNED
FEB 0 5 2020
U.S. DISTRICT COURT ST. PAUL

chemical name, N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## FORFEITURE ALLEGATIONS

Upon conviction of either of Counts 1 or 2 of this Indictment, the defendant shall forfeit to the United States pursuant to Title 21, United States Code, Sections 853(a)(1) and (2), any and all property constituting, or derived from, any proceeds the defendant obtained directly or indirectly as a result of said violations, and any and all property used, or intended to be used, in any manner or part to commit or to facilitate the commission of said violations.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p). All in violation of Title 21, United States Code, Sections 846 and 853(a)(1) and (2).

A TRUE BILL

_____    _____
UNITED STATES ATTORNEY              FOREPERSON