PS 8
(Rev 5/10)

Filed by the Clerk

# UNITED STATES DISTRICT COURT
## for
## District of Minnesota

U.S.A. vs. Demarlo Dontrell Hudson        Docket No. 0864 0:20CR00027-001(SRN/DTS)

**Petition for Action on Conditions of Pretrial Release**

      COMES NOW Krystal A. Taylor, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct of **Demarlo Dontrell Hudson** who was placed under pretrial supervision by the Honorable Kate M. Menendez, sitting in the Court at Minneapolis on the 7th day of February, 2020, under the following special conditions:

- Pretrial Services Supervision
- Obtain No New Passport
- Travel Restrictions
- Weapons Restriction
- No Illegal Use of Controlled Substances
- Substance Abuse Testing
- No Tampering with Substance Abuse Testing
- Substance Abuse Evaluation/Substance Abuse Treatment
- Report Contact with Law Enforcement
- Alcohol Abstinence
- Residential Requirements / Restrictions

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Between February 15, 2020, and August 18, 2020, the defendant, Mr. Hudson, incurred several pretrial release violations in relation to conditions requiring that he refrain from illegal use of controlled substances and report as directed for substance abuse testing.

PRAYING THAT THE COURT WILL ORDER: that the defendant's conditions of release be modified to add the below noted conditions:

    • Submit to location monitoring for a period of 60 days as directed by the supervising officer, and comply with all of the program requirements and instructions provided.

    • The defendant shall be restricted to his residence from 8pm to 8am, Monday through Sunday.

All other conditions of release shall remain in effect.

This proposed course of action has been discussed with the parties, who offered no objection.

Petition for Action on Conditions of Pretrial Release      RE: Demarlo Dontrell Hudson
Page 2

ORDER OF THE COURT

Considered and ordered this __1st__ day of _____September__, 2020, and ordered filed and made a part of the records in the above case.

s/David T. Schultz

Honorable David T. Schultz
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/Krystal A. Taylor

Krystal A. Taylor
U.S. Probation Officer
612-664-5352

Executed on    August 26, 2020

Place        Minneapolis

Approved:

s/Nicole Smith

Nicole Smith
Supervising U.S. Probation Officer