## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 20-cr-27 (SRN/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Demarlo Dontrell Hudson, | |
| Defendant. | |

The Court, being duly advised in the premises, upon all the files, records, and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1. Hudson's Motions to disclose and make informant available for interview [Docket Nos. 19 & 49] are **GRANTED** consistent with the requirements of *Roviaro v. United States*, 353 U.S. 53 (1957), *United States v. Padilla*, 869 F.2d 372 (8th Cir. 1989), and their progeny. The United States shall disclose the identity of any informant and make that informant available to Hudson 14 days prior to the actual trial date of this matter.

2. Hudson's Motion for *Giglio* discovery and to compel production of *Brady* materials [Docket No. 20] is **GRANTED** consistent with the requirements of *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny. Within 10 days of the date of this order the United States must disclose all *Brady* and *Giglio* information in its possession or of which it has become aware as of the date of this order and must promptly supplement its disclosure upon receipt of any additional *Brady* and *Giglio* information not previously disclosed.

3. Hudson's Motions for government agents to retain rough notes [Docket Nos. 21 & 47] are **GRANTED**. Rough notes must be preserved but not produced at this time.

4. Hudson's Motions for pretrial disclosure of Rule 404 evidence ("bad acts" evidence) [Docket Nos. 22 & 48] are **GRANTED**. The United States shall disclose Rule 404(b) evidence no later than 14 days before trial *or* upon learning of the existence of the evidence, whichever occurs later. This disclosure obligation is limited to information encompassed by Rule 404(b) and does not include acts that are intrinsic to the charged offense.

5. Hudson's Motions for discovery [Docket Nos. 43 & 56] are **GRANTED IN PART**. The United States shall continue to comply with its discovery obligations under the Federal Rules of Criminal Procedure and applicable case law. To the extent that Hudson's motion seeks discovery beyond that which Rule 16 requires, his motion is **DENIED**.

6. Hudson's Motion for discovery of experts [Docket No. 44] is **GRANTED**. The parties shall make expert disclosures no later than two weeks before trial.

7. Hudson's Motion for attorney conducted voir dire [Dkt. No. 45] is **DENIED WITHOUT PREJUDICE**. The parties may address this matter with the District Judge.

8. Hudson's Motion for early disclosure of Jencks Act material [Docket No. 46] is **DENIED**. Per the United States' agreement, it will provide Jencks Act disclosures 3 business days before trial.

Dated: September 18, 2020

s/ David T. Schultz
DAVID T. SCHULTZ
United States Magistrate Judge