UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 20-cr-27 (SRN/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Demarlo Dontrell Hudson, | |
| Defendant. | |

Jeffrey S. Paulsen, United States Attorney's Office, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415 for the United States of America.

Christa J. Groshek, Groshek Law, 302 North 10th Avenue, Minneapolis, MN 55401 for Defendant Demarlo Dontrell Hudson.

This matter is before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated December 19, 2020 [Doc. No. 77]. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED**:

1. Defendant's Motion to Suppress Evidence Obtained as a Result of Unlawful Searches [Doc. No. 18] is **DENIED**;

2. Defendant's Motion to Suppress [Doc. No. 50] is **DENIED**; and

3. Defendant's Amended Motion to Suppress [Docket No. 55] is **DENIED**.

Dated:  January 6, 2021                                    s/Susan Richard Nelson
                                                           SUSAN RICHARD NELSON
                                                           United States District Judge