UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-CR-27 (SRN/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| DEMARLO DONTRELL HUDSON, | |
| Defendant. | |

---

Jefrrey S. Paulsen, Office of the United States Attorney, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415 for the Government

Christa J. Groshek, Groshek Law, 302 N. 10th Avenue, Minneapolis, MN 55401 for Defendant

---

Defendant Demarlo Dontrell Hudson moves for a furlough from custody to (1) attend the funeral of his relative, James Earl Jones, Jr., and (2) to spend time with his pregnant fiancée and be present for the birth of their child. [Doc. No. 91]. He requests to be released from custody for 30 days beginning on Tuesday, March 16, 2021 and ending on April 17, 2021. *Id*. The United States opposes the motion [Doc. No. 93].

The Court is sympathetic to Mr. Hudson's circumstances and his desire to be with his family to share in their grief and to assist his fiancée. Nonetheless, the motion is denied. Mr. Hoffman was previously detained by Magistrate Judge Schultz after a hearing on October 1, 2020. Based on the evidentiary record at the time, Magistrate Judge Schultz found that Mr. Hudson presented both a risk of flight and a danger to the community. Magistrate Judge Schultz noted the serious nature of his pending charges,

2

the lengthy sentence he is facing if convicted, and a history of failure to appear for court. Mr. Hudson does not argue that any of those circumstances have changed.

It is, therefore, ORDERED that Defendant's Motion For An Order Granting Furlough [Doc. No. 91] is DENIED.

Dated:  March 16, 2021

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge