UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-CR-027 (SRN/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| DEMARLO DONTRELL HUDSON, | |
| Defendant. | |

Jeffrey S. Paulsen, Office of the U.S. Attorney, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for the Government.

Christa J. Groshek, Groshek Law, 302 N. Tenth Avenue, Minneapolis, MN 55401, for Defendant Demarlo Dontell Hudson.

This matter is before the Court upon the Motion to Withdraw as Counsel Pursuant to Rule 83.7(c) filed by defense attorney Christa Groshek [Doc. No. 95].

A hearing on the motion was held via video conference on May 25, 2021. At the hearing, the Court granted the motion to withdraw. The Court also determined that the Defendant in this matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be appointed to represent him.

Further, the Court advised the Defendant that in order for new defense counsel to be appointed and to be brought up to speed on the case, it will mean delaying trial from its currently scheduled date of June 11, 2021. In addition, the Court is limited in its ability to hold trials due to the COVID-19 pandemic. *See* General Order No. 28 and the Court's Draft Protocol for Jury Trials in the District of Minnesota (limiting each

courthouse to one jury trial at a time).[1]  The Defendant consented to waiving his Speedy Trial Rights until trial can be held – likely in the fall of 2021.  After the hearing, the Court was able to secure a trial date on the Court's master jury trial calendar for November 1, 2021.

  Accordingly, IT IS HEREBY ORDERED THAT:

  1. The Motion to Withdraw as Counsel Pursuant to Rule 83.7(c) filed by defense attorney Christa Groshek [Doc. No. 95] is GRANTED.

  2. The Defendant is financially unable to employ counsel and in the interest of justice, counsel shall be appointed to represent him.

  3. The trial date in this matter is continued until November 1, 2021. The Court specifically finds that the ends of justice are served by ordering the continuance and outweigh the best interests of the public and of the criminal defendant under 18 U.S.C. § 3161(h)(7)(A).  The time between the date of this Order and November 1, 2021 shall be excluded from calculations under the Speedy Trial Act.

  IT IS SO ORDERED.

Dated: May 25, 2021

            s/Susan Richard Nelson
            SUSAN RICHARD NELSON
            United States District Judge

---

[1] Available at https://www.mnd.uscourts.gov/coronavirus-covid-19-guidance