UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-CR-0027 (SRN/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| DEMARLO DONTRELL HUDSON, | |
| Defendant. | |

David P. Steinkamp and Justin A. Wesley, United States Attorney's Office, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for the Government.

Jordan S. Kushner, Law Office of Jordan S. Kushner, 431 South Seventh Street, Suite 2446, Minneapolis, MN 55415 for Defendant Demarlo Dontrell Hudson.

This matter is before the Court upon the Defendant's Motion for Continuance of Trial [Doc. No. 129]. Based on the Motion, as well as the Affidavit filed in Support [Doc. No. 130], the Court finds that good cause exists to grant the motion.

The Court had previously continued trial in this matter, to allow Mr. Hudson's previous counsel to withdraw, and to give his new attorney time to prepare for trial. That continuance excluded the time between the date of the Order granting the continuance (May 25, 2021) and the new trial date (November 1, 2021) from calculations under the Speedy Trial Act. *See* Doc. No. 99.

Accordingly, IT IS HEREBY ORDERED THAT:

1. The Motion For Continuance of Trial [Doc. No. 129] is GRANTED.

2.  The trial date in this matter is continued until February 22, 2022. The Court specifically finds that the ends of justice are served by ordering the continuance and outweigh the best interests of the public and of the criminal defendant under 18 U.S.C. § 3161(h)(7)(A).  The time between the date of this Order and February 22, 2022 shall be excluded from calculations under the Speedy Trial Act.

Dated:  October 13, 2022

s/Susan Richard Nelson  
SUSAN RICHARD NELSON  
United States District Judge
